IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED FOOD AND COMMERCIAL WORKERS, LOCAL 5,

    Petitioner,

  v.

ACS LLC,

    Respondent.
_____/

No. C 07-03871 CW

**ORDER OF TRANSFER**

On July 27, 2007, Petitioner filed a Petition to Compel Arbitration. Pursuant to Civil Local Rule 3-2(e), all civil actions which arise in the county of Santa Clara shall be assigned to the San Jose Division. Accordingly,

IT IS HEREBY ORDERED that, pursuant to Civil Local Rule 3-2(f), the above-entitled action is transferred to the San Jose Division and shall be subject to the provisions of the Court's Assignment Plan.

IT IS SO ORDERED.

Dated: 8/1/07

_____
CLAUDIA WILKEN
United States District Judge