**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street
Oakland, California 94612
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

August 1, 2007

CASE NUMBER:  CV 07-03871 CW
CASE TITLE:  UNITED FOOD AND COMMERCIAL WORKERS-v-ACS LLC

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN JOSE** division.

**Honorable JEREMY FOGEL** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JF** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: August 1, 2007

FOR THE EXECUTIVE COMMITTEE:

_____Richard W. Wieking_____
Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies           Special Projects
Log Book Noted                          Entered in Computer 08/01/07 cl

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                 Transferor CSA