```
 1  MICHAEL C. SAQUI, #147853
    ANTHONY P. RAIMONDO, #200387
 2  SAQUI & RAIMONDO
    A Professional Corporation
 3  1615 Bunker Hill Way, Suite 240
    Salinas, California 93906
 4  Telephone: (831) 443-7100
    Facsimile:  (831) 443-8585
 5
 6  Attorneys for Respondent ACS, LLC
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| UNITED FOOD AND COMMERCIAL WORKERS, <br><br>  Petitioner, <br><br>  v. <br><br> ACS, LLC <br><br>  Respondent. | Case No. 07-CV-03871-JF <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS FOR IMPROPER VENUE** <br><br> **(28 U.S.C. §1406(a); ; FRCP 12(b)(2); FRCP 12(b)(3)** <br><br> **Date: November 1, 2007** <br> **Time: 2:00 PM** <br> **Courtroom: 3** |
|---|---|

TO: PLAINTIFFS AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 1, 2007 at 2:00 p.m., or as soon thereafter as the matter may be heard by the Honorable Jeremy Fogel, in the above-entitled court, Respondent ACS, LLC, will move this Court to dismiss the action pursuant to Fed. R. Civ. Pro. 12(b)(6) for failure to state a cause of action and for lack of jurisdiction in this action.

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, and the pleadings and papers filed herein.

Dated: September 24, 2007        SAQUI & RAIMONDO


                                 By_____/s/_____
                                    Michael C. Saqui
                                    Attorney for Respondent ACS, LLC