1  MICHAEL C. SAQUI, #147853
   ANTHONY P. RAIMONDO, #200387
2  SAQUI & RAIMONDO
   A Professional Corporation
3  1615 Bunker Hill Way, Suite 240
   Salinas, California  93906
4  Telephone:  (831) 443-7100
   Facsimile:   (831) 443-8585
5

6  Attorneys for Respondent ACS, LLC

7

8                  UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10 UNITED FOOD AND COMMERCIAL      )   Case No. 07-CV-03871-JF
   WORKERS                         )
11                                 )   **[PROPOSED] ORDER GRANTING MOTION**
                                   )   **TO DISMISS FOR IMPROPER VENUE**
12         Petitioner,             )
                                   )   **(28 U.S.C. §1406(a); ; FRCP 12(b)(2); FRCP**
13         v.                      )   **12(b)(3)**
                                   )
14 ACS, LLC                        )   **Date: November 1, 2007**
                                   )
15         Respondent.             )   **Time: 2:00 PM**
                                   )
16                                 )   **Courtroom: 3**
                                   )
17 _____ )

         This matter came on for hearing as duly noticed on November 1, 2007, before the Honorable Jeremy
18
   Fogel, Courtroom 3 of this Court.  Petitioner was represented by David A. Rosenfeld of Weinberg Roger
19
   & Rosenfeld.  Respondent was represented by Michael C. Saqui of Saqui & Raimondo.
20
         Having reviewed the pleadings, and considered the parties' arguments, and finding good cause to
21
   do so, the court hereby grants the Motion to Dismiss.
22

23
   IT IS SO ORDERED.
24
   Dated: _____ , 2007
25                                      _____
                                        Hon. Jeremy Fogel
26                                      Judge of the U.S. District Court
                                        Northern District of California
27

28