**E-filed 10/2/07**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

UNITED FOOD AND
COMMERCIAL WORKERS,

    Petitioners,

     v.

ACS,LLC,

    Respondents.
_____

No. C-07-3871-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

The Court has set Respondents Motion to Dismiss for Improper Venue noticed for November 1, 2007 and the Case Management Conference currently scheduled for November 9, 2007, for Friday, November 30, 2007 at 9:00. The hearing dates of November 1, 2007 and November 9, 2007 have been vacated. The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.

Please to report on Friday, November 30, 2007 to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 10/2/07

For the Court,
Richard W. Wieking, Clerk

Diana Munz
electronic signature
Courtroom Deputy