David A. Rosenfeld (058163)
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Petitioner
United food and Commercial Workers, Local 5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS, LOCAL 5, as the Successor to UFCW LOCAL 1096,<br><br>Petitioner,<br><br>v.<br><br>ACS, LLC,<br><br>Respondent. | No.   07-CV-03871-JF<br><br>STIPULATION FOR TRANSFER |

It is hereby stipulated by and between the parties through their respective counsel that this matter be transferred to the United States District Court for the District of Arizona. It is furthermore stipulated that the Respondent shall have 20 days from the date of notification of transfer to file a response to the complaint. Furthermore the parties stipulate that no Summons from the District Court will be required and no objection will be based upon a lack of a Summons.

///
///
///

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

STIPULATION FOR TRANSFER                                           Case No.   07-CV-03871-JF

1

2  Dated: November 13, 2007                WEINBERG, ROGER & ROSENFELD
                                           A Professional Corporation
3

4
                                     By:   /s/ David A. Rosenfeld
5                                          David A. Rosenfeld
                                           Attorneys for Petitioner
6

7

8  Dated: November 13, 2007                SAQUI & RAIMONDO
                                           A Professional Corporation
9

10                                   By:   /s/ Anthony P. Raimondo
                                           ANTHONY P. RAIMONDO
11                                         Attorneys for Respondent

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

- 2 -

STIPULATION FOR TRANSFER                                    Case No.   07-CV-03871-JF