**Filed**
DEC 21 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Richard W. Wieking
Clerk

UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov



General Court Number
408.535.5364

December 6, 2007

Sandra Day O'Conner US Courthouse
401 W. Washington Street
Ste. 130 SPC 1
Phoenix, AZ 85003-2118

CV '07 2507  PHX ROS
CV '07 2507  PHX ROS

RE: CV 07-03871 JF   UNITED FOOD AND COMMERCIAL WORKERS, LOCAL 5-v-ACS, LLC

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    X    Certified copy of docket entries.

    X    Certified copy of Transferral Order.

    X    Original case file documents.

    X    Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Sandy Morris
Case Systems Administrator

Enclosures
Copies to counsel of record

December 6, 2007

> **These instructions are for internal court use only.**
> **Do not make these instructions part of the record.**

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**. It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.